

Michael A. Vatis
1155 Avenue of the Americas, 26th Floor
New York, NY 10036
Direct Dial: 646.328.0494
mvatis@beneschlaw.com

**VIA ECF**
Ms. Molly C. Dwyer
Clerk of the Court
United States Court of Appeals for the Ninth Circuit
James R. Browning Courthouse
95 Seventh Street
San Francisco, CA 94103-1526

   Re: *Clark v. Eddie Bauer LLC*, No. 21-35334

Dear Ms. Dwyer:

   We represent Defendants-Appellees Eddie Bauer LLC and Eddie Bauer Parent LLC (collectively, "Eddie Bauer") in the above-captioned matter. In light of the Oregon Supreme Court's decision answering the question certified to it by this Court, we write regarding the Oregon Supreme Court's holding, as well as the remaining issues on appeal.

   The Oregon Supreme Court held that "plaintiff's purchase price theory is a viable theory of ascertainable loss even in the absence of a showing that the seller misrepresented some characteristic or quality of the product sold." (*See* Oregon Supreme Court Opinion No. SC S069438 at p. 27.)  The Court expressly declined to address the viability of Plaintiff's "advantageous bargain" or "premium price" theories of ascertainable loss under Oregon law. (*See, e.g., id*. at pp. 5-6; fn. 6.)  Additionally, the Oregon Supreme Court expressly declined to comment on whether the "purchase price" theory was susceptible to class certification. (*See id*. at fn. 5.)

   The following issues were not included in this Court's certified question to the Oregon Supreme Court and therefore remain ripe for determination by this Court:

1. Whether Plaintiff's claims are time-barred;
2. Whether Plaintiff's request for injunctive relief should be barred because Plaintiff fails to plausibly allege that she lacked an adequate remedy at law; and,
3. Whether Plaintiff lacks Article III standing to seek injunctive relief.

   We thank the Court for its time and attention.

Dated: July 13, 2023                    Respectfully submitted,

                                        **COUNSEL FOR EDDIE BAUER**

                                        Michael A. Vatis