21-35334

## IN THE SUPREME COURT OF THE STATE OF OREGON

SUSAN CLARK, for herself and/or on behalf of all others similarly situated,
Plaintiff-Appellant,

v.

EDDIE BAUER LLC and EDDIE BAUER PARENT, LLC
Defendants-Appellees.

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

AUG 28 2023

United States Court of Appeals for the Ninth Circuit
21-35334

S069438

### APPELLATE JUDGMENT

On certified question from the United States Court of Appeals for the Ninth Circuit; certified order dated April 14, 2022, certification accepted May 19, 2022.

Argued and submitted November 29, 2022.

Attorney for Appellant: Che Corrington.

Attorneys for Appellees: Michael Vatis and Sara Kobak.

Before Flynn, Chief Justice, and Duncan, Garrett, DeHoog, and Bushong, Justices, and Balmer and Walters, Senior Judges, Justices *pro tempore*.

### THE CERTIFIED QUESTION IS ANSWERED

---

### DESIGNATION OF PREVAILING PARTY AND AWARD OF COSTS

Prevailing party: None.                           [ X ] No costs allowed.

---

Appellate Judgment
Effective Date: August 21, 2023



jjr

**APPELLATE JUDGMENT**

REPLIES SHOULD BE DIRECTED TO: State Court Administrator, Records Section,
Supreme Court Building, 1163 State Street, Salem, OR 97301-2563